IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00326-PAB-22

UNITED STATES OF AMERICA,

       Plaintiff,

v.

22. ELIZABETH NAVARRO,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       IT IS ORDERED that Defendant, ELIZABETH NAVARRO, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to FCI Waseca, 1000 University DR, SW, Waseca, Minnesota, on May 1, 2014, by 12:00 noon, and will travel at her own expense.

       DATED April 21, 2014.

                               BY THE COURT:

                               s/Philip A. Brimmer
                               PHILIP A. BRIMMER
                               United States District Judge